IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

HAROLD MCDUFFIE, #25245-076                                                              PETITIONER

V.                                                         CIVIL ACTION NO. 3:23-cv-75-CWR-LGI

WARDEN D. BAYSORE                                                                        RESPONDENT

### FINAL JUDGMENT

Pursuant to the Order of Dismissal issued this date,

**IT IS, HEREBY ORDERED AND ADJUDGED** that this cause filed pursuant to 28 U.S.C. § 2241 is dismissed with prejudice as to the jurisdictional issue and without prejudice in all other respects.

**SO ORDERED AND ADJUDGED** this the 10th day of July, 2023.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE